# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| **Case No.** | 8:18-cr-00094-CJC-5 | **Date** | April 5, 2019 |
| **Title** | United States of America v. Maria Isabel Baltazar | | |

**Present: The Honorable** John D. Early

| Deputy Clerk: | Court Reporter / Recorder: |
|---|---|
| Maria Barr | n/a |

| Attorney(s) Present for Plaintiff: | Attorney(s) Present for Defendant: |
|---|---|
| Daniel Lim | Robert K. Schwarz, |
| Assistant U.S. Attorney | Specially Appearing for Karren M. Kenney |
| | CJA Panel |

**Proceedings:**   (In Chambers) Order After Hearing Under 18 U.S.C. § 3148(b)

   Defendant Maria Isabel Baltazar ("Defendant"), represented by counsel, appeared after being taken into custody on a petition alleging violations of the terms and conditions of her pretrial release ("Petition"). The Court conducted a hearing on the alleged violations.

   After considering the Petition, the Pretrial Services ("PTS") Recommendation, and the argument of counsel, the Court finds that violated the terms and conditions of her pretrial release as set forth in the Petition. However, the Court further finds, based in part upon the recommendation of PTS and information regarding Defendant's recent performance while on release, that conditions can be set that reasonably assure the safety of any person and the community and reasonably assure the appearance of the Defendant as required. The Court also does not find that Defendant is unlikely to abide by any condition. See 18 U.S.C. § 3148(b)(2).

   As a result, the Court orders that defendant shall be released subject to the conditions stated on the record and incorporated into Defendant's release order.

Initials of Clerk:   mba