

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>PLAINTIFF<br>v.<br>MARIA ISABEL BALTAZAR,<br>DEFENDANT(S). | CASE NUMBER<br><br>8:18-cr-00094-CJC-5<br><br>**ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |
|---|---|

Upon motion of <u>Defendant</u>, IT IS ORDERED that a detention hearing is set for <u>March 16</u>, <u>2020</u>, at <u>2:00</u> ☐ a.m. / ☒ p.m. before the Honorable <u>JOHN D. EARLY</u>, in Courtroom <u>6A</u>.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: <u>March 9, 2020</u>

JOHN D. EARLY
U.S. Magistrate Judge