# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 8:18-cr-00094-CJC-5 | Date | March 16, 2020 |
| Title | United States of America v. Maria Isabel Baltazar | | |

**Present: The Honorable** John D. Early, United States Magistrate Judge

| Deputy Clerk: | Court Reporter / Recorder: |
|---|---|
| Nancy Boehme | CourtSmart |

| Attorney(s) Present for Plaintiff: | Attorney(s) Present for Defendant: |
|---|---|
| Faraz Mohammadi | Karren M. Kenney |
| Assistant U.S. Attorney | CJA Panel |

**Proceedings:** (In Chambers) Detention Order After Hearing Under 18 U.S.C. § 3148(b)

Defendant Maria Isabel Baltazar ("Defendant"), represented by counsel, appeared after being taken into custody on a petition alleging violations of the terms and conditions of her pretrial release ("Petition"). The Court conducted a hearing on the alleged violations on March 16, 2020.

After considering the Petition, the Pretrial Services ("PTS") Recommendation, and the argument of counsel, the Court finds that there is clear and convincing evidence that Defendant violated the terms and conditions of her pretrial release as set forth in the Petition, including her admission to using methamphetamine on February 24, February 27, and March 5, 2020. The Court further finds, under 28 U.S.C. § 3142 (g), based on, among other things, the nature and circumstances of the offense, the weight of the evidence, the history and characteristics of Defendant, and the nature and seriousness of the danger to any person or the community posed by continued release, the recommendation of PTS, Defendant's prior placement in a residential drug treatment facility, and Defendant's history of repeated non-compliance after treatment, that: (1) there is clear and convincing evidence that no condition or conditions can be set that will reasonably assure the safety of any person and the community; and (2) Defendant is unlikely to abide by any condition or combination of conditions. See 18 U.S.C. § 3148(b)(2).

As a result, the Court orders that Defendant shall be detained pending further proceedings.

| | : |
|---|---|
| Initials of Clerk | nb |